

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00769-CV

Alberto **ORTIZ**, Trustee of the Rolando Rafael Saenz Trust and as Limited Partner of Las Blancas Minerals, L.P., and Rolando Rafael Saenz, as Limited Partner of Las Blancas Minerals, L.P.,
Appellants

v.

**LAS BLANCAS MINERALS L.P.**, Pedro I. Saenz Jr., Maria Graciela Saenz Martinez, San Pedro Minerals, L.P., Saenz Management Co., L.L.C., and Las Blancas Investments, L.P.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002991D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The court reporter has filed a notice of late record stating appellant has not paid or arranged to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(3) (providing the court reporter is not required to file a reporter's record unless "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We **order** appellant to provide written proof to this court by **January 10, 2019** that (1) the reporter's record has been properly requested, and (2) either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. *See id.* R. 20.1, 34.6(b)(1), 35.3(b). If appellant fails to provide such proof by the date ordered, appellant's brief will be due by **February 11, 2019**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court